# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 1:22-PO-00200-SAB |
|  | Violation Number: 9337640 |
| Plaintiff, | CVB Location Code: CA74 |
| v. | **ORDER TO APPEAR IN PERSON FOR FAILURE TO PAY PURSUANT TO AN ORDER OF COURT** |
| YANETH CAMPUZANO PADILLA | |
| Defendant. | |

On  **11/22/22**  , Defendant was ORDERED TO PAY a fixed-sum in lieu of appearance in court on the following charge(s):

| Charge(s): | Nature of Charge(s) |
|---|---|
| *CVC 27360.5(a)(b)* | *VIOLATION OF RESTRAINING ORDER* |

To date, the defendant has not paid according to the terms of the Order and is assessed additional penalties for failure to pay.  Therefore, the defendant is **ORDER TO APPEAR** on the following date and time unless the outstanding balance **IN FULL** is paid <u>no later than 5 days prior to the court date</u>.

**DEFENDANT IS ORDERED TO APPEAR ON**  **07/13/23**  at 10:00 a.m. in Courtroom Number 9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA 93721.

The Central Violations Bureau provides the option to pay a Federal Ticket Online at **www.cvb.uscourts.gov** by clicking "Pay Online" on the main page of the website.  The case information required to make a payment online is at the top of this Order.  Payment can also be sent via United States mail to:

> CENTRAL VIOLATIONS BUREAU
> P.O. Box 780549
> San Antonio, TX 78278
> Phone:  1-800-827-2982

**Prior to sending payment, the defendant must obtain the outstanding balance, <u>which includes late fees and penalties</u>,** by contacting the Central Violations Bureau via the website (www.cvb.uscourts.gov) or by phone (1-800-827-2982).  The check or money order must indicate defendant's name and violation notice/case number shown above to ensure the correct case is credited for payment.

IT IS FURTHER ORDERED that if the defendant fails to pay 5 days prior to the above hearing date, defendant will need to appear in person at the date and time ordered above.  **IF DEFENDANT FAILS TO APPEAR, A WARRANT FOR DEFENDANT'S ARREST WILL BE ISSUED AND AN ABSTRACT PLACED ON DEFENDANT'S DRIVING RECORD.**

D A T E D :  **Jun 14, 2023**

_____
STANLEY A. BOONE
United States Magistrate Judge